IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY SCOTT SOURBEER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 18-cv-4089 |
| **TAMMY S. FERGUSON, <u>ET AL.</u>,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 28th day of June, 2022, upon careful and independent consideration of Petitioner Gregory Scott Sourbeer's *pro se* "Petition for Writ of Habeas Corpus" (ECF No. 1), and the Government's response in opposition (ECF No. 31), and after review of the Report and Recommendation of the United States Magistrate Scott W. Reid (ECF No. 33), and noting that Petitioner has failed to file timely objections, it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF No. 11) is **APPROVED** and **ADOPTED**.

2. Petitioner's "Petition for Writ of Habeas Corpus" (ECF No. 1) is **DENIED IN PART and DISMISSED IN PART**.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**